UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD MAYS, *et al.*,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>AMERICAN SAFETY SERVICES, INC.,<br><br>　　　　　Defendant. | Case No. 1:25-cv-00262-JLT-CDB<br><br>ORDER ON STIPULATION EXTENDING TIME FOR DEFENDANT AMERICAN SAFETY SERVICES, INC. TO RESPOND TO THE COMPLAINT<br><br>(Doc. 10) |

　　　On February 28, 2025, Plaintiffs Donald Mays and Kristen Jeter ("Plaintiffs") initiated this action with a filing of a complaint against Defendant American Safety Services, Inc. ("Defendant"). (Doc. 1). Pending before the Court is the parties' stipulated request to extend time for Defendant to respond to the complaint by 30 days (to June 27, 2025), filed on May 28, 2025. (Doc. 10). The parties represent an extension is warranted as they seek additional time to discuss and confer about the allegations in the complaint. (*Id.*).

　　　In light of the stipulation and good cause appearing, IT IS HEREBY ORDERED that Defendant shall file its response to the complaint no later than **June 27, 2025**.

IT IS SO ORDERED.

　Dated:　**May 29, 2025**　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE